# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.: CV 02-02906 WMB(RNBx) | Date: January 9, 2006 |
| Title: Filia Kourtis, et al. v. James Cameron, et al. | |

Present: The Honorable Wm. Matthew Byrne, Jr., Senior U.S. District Judge

| Vangelina Pina | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearances |

**Proceedings:** IN CHAMBERS - NOTICE -
DEFENDANT'S MOTION FOR PLAINTIFF TO POST A COSTS BOND
(Fld: 12-09-05)

The parties are advised that the above listed motion scheduled for hearing on January 9, 2006 is taken under submission. Accordingly, the hearing date is vacated, motion will be deemed submitted as of January 9, 2006.

cc: All Counsel of Record.

Initials of Preparer     vp



DOCKETED ON CM
JAN 26 2006
BY ___ 003