FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

SCANNED

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIA KOURTIS, et al., | NO. CV 02-2906 DT (RNBx) |
| Plaintiff(s), | STANDING ORDER WITH REGARD TO NEWLY ASSIGNED CASES |
| vs. | |
| JAMES CAMERON, et al., | |
| Defendant(s). | |

**READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE.**

This action has been assigned to the calendar of Judge Dickran Tevrizian.

The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well. "To secure the just, speedy, and inexpensive determination of every action," Federal Rule of Civil Procedure 1, all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure,

DOCKETED ON CM
FEB 10 2006
BY
003

particularly Federal Rules of Civil Procedure 16, 26, and the Local Rules of the Central District of California.[1]

It is further ordered:

1. **Service of the Complaint**. The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule.

2. **Removed Actions**. Any answers filed in state court must be refiled in this Court as a supplement to the petition. Any pending motions must be re-noticed in accordance with Local Rule.

If an action is removed to this Court that contains a form pleading, i.e., a pleading in which boxes are checked, the party or parties utilizing the form pleading must file an appropriate pleading with this Court within thirty (30) days of receipt of the Notice of Removal. The appropriate pleading referred to must comply with the requirements of Federal Rules of Civil Procedure, Rules 7, 7.1, 8, 9, 10 and 11.

---

[1] Copies of the Local Rules are available on our website at "http:\\www.cacd.uscourts.gov" or they may be purchased from one of the following:

>
> Los Angeles Daily Journal
> 915 East 1st Street
> Los Angeles, California 90012
>
> West Group
> 610 Opperman Drive
> P. O. Box 64526
> St. Paul, Minnesota 55164-0526
>
> Metropolitan News
> 210 South Spring Steet
> Los Angeles, California 90012

3. **Presence of Lead Counsel.** The attorney attending any proceeding before this Court, including all status and settlement conferences, must be the lead trial counsel.

4. **Discovery.** All discovery matters have been referred to a United States Magistrate Judge to hear all discovery disputes. (The Magistrate Judge's initials follow the Judge's initials next to the case number.) All documents must include the words "DISCOVERY MATTER" in the caption to ensure proper routing. Counsel are directed to contact the Magistrate Judge's Courtroom Deputy Clerk to schedule matters for hearing. Please do not deliver courtesy copies of these papers to this Court.

The decision of the Magistrate Judge shall be final, subject to modification by the District court only where it has been shown that the Magistrate Judge's order is clearly erroneous or contrary to law.

Any party may file and serve a motion for review and reconsideration before this Court. The moving party must file and serve the motion within ten (10) days of service of a written ruling or within ten (10) days of an oral ruling that the Magistrate Judge states will not be followed by a written ruling. The motion must specify which portions of the text are clearly erroneous or contrary to law, and the claim must be supported by points and authorities. Counsel shall deliver a conformed copy of the moving papers and responses to the Magistrate Judge's clerk at the time of filing.

5. **Motions.** All hearing dates must be approved by the Courtroom Deputy Clerk. Motions shall be filed and set for hearing in accordance with Local Rule, except that this Court

hears motions on Mondays commencing at 10:00 a.m.  If Monday is a
national holiday, this Court will hear motions on the succeeding
Tuesday.  Any opposition or reply papers due on a holiday are due
the **preceding** Friday, not the following Tuesday and must be hand-
served or faxed to opposing counsel on that Friday.  **Memoranda of
Points and Authorities in support of or in opposition to motions
shall not exceed 25 pages.  Replies shall not exceed 25 pages.**
Only in rare instances and for good cause shown will the Court
agree to extend these page limitations.  Pursuant to Local Rule,
either a proportionally spaced or monospaced face may be used.  A
proportionally spaced face must be 14-point or larger, or as the
Court may otherwise order.  A monospaced face may not contain
more than 10½ characters per inch.

    6. **Proposed Orders**.  Each party filing or opposing a motion or seeking the determination of any matter shall serve and lodge a proposed order setting forth the relief or action sought and a brief statement of the rationale for the decision with appropriate citations.

    7. **Courtesy Copies**.  Counsel shall deliver a conformed (file stamped) courtesy copy of all reply papers in motion matters to the courtesy box located in the Clerk's Office of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

    8. **Telephonic Hearings**.  The Court generally does not permit appearances or arguments by way of telephone conference calls.  However, there are exceptions to this requirement providing that counsel notifies the courtroom deputy clerk in advance of the hearing and arrangements are made and confirmed

1 prior to the date set for hearing with the courtroom deputy clerk
2 and the consent of the Court.

3     9. **Ex Parte Applications**. The Court considers ex parte
4 applications on the papers and does not usually set these matters
5 for hearing. Ex parte applications are solely for extraordinary
6 relief and should be used with discretion. See <u>Mission Power
7 Engineering Co. v. Continental Casualty Co.</u>, 883 F.Supp. 488
8 (C.D. Cal. 1995).

9     Counsel's attention is directed to Local Rule. The moving
10 party shall serve the opposing party by facsimile transmission
11 and shall notify the opposition that opposing papers must be
12 filed not later than twenty-four hours following such facsimile
13 service. If counsel does not intend to oppose an ex parte
14 application, he or she must inform the Courtroom Deputy Clerk at
15 (213) 894-3538. Counsel shall deliver a conformed courtesy copy
16 of moving or opposition papers to the Court's courtesy box as
17 previously set forth. The Courtroom Deputy Clerk will notify
18 counsel of the Court's ruling or a hearing date and time should
19 the Court determine that a hearing is necessary.

20     10. **Continuances**. Counsel requesting a continuance must
21 lodge a proposed stipulation and order including a detailed
22 declaration of the grounds for the requested continuance or
23 extension of time. See Local Rule. The Court grants
24 continuances only upon a showing of good cause, focusing on the
25 diligence of the party seeking the continuance and any prejudice
26 that may result if the continuance is denied. Failure to comply
27 with the Local Rules and this Order will result in rejection of
28 the request without further notice to the parties. The Court

1 sets firm trial dates and will not change them without a showing
2 of good cause.  Proposed stipulations extending scheduling dates
3 do not become effective unless and until this Court so orders.
4 Counsel wishing to know whether a stipulation has been signed
5 shall comply with the applicable Local Rule.

6     11. **Communications with Chambers**.  Counsel shall not
7 attempt to contact the Court or its staff by telephone or by any
8 other ex parte means, although counsel may contact the Courtroom
9 Deputy Clerk with appropriate inquiries.  Counsel should list
10 their facsimile transmission numbers along with their telephone
11 numbers on all papers to facilitate communication with the
12 Courtroom Deputy.

13     12. **Order Setting Scheduling Conference**.  Pursuant to
14 Federal Rule of Civil Procedure 16(b), the Court will issue an
15 Order setting a Scheduling Conference as required by Federal Rule
16 of Civil Procedure 26 and the Local Rules of this Court.  Strict
17 compliance with Federal Rules of Civil Procedure 16 and 26 is
18 required.

19     13. **Notice of this Order**.  Counsel for plaintiff or
20 plaintiff (if appearing on his or her own behalf) shall
21 immediately serve this Order on all parties, including any new
22 parties to the action.  If this case came to the Court by a
23 Petition for Removal, the removing defendant(s) shall serve this
24 Order on all other parties.

26 DATED: **FEB 8 2006**

                                            DICKRAN TEVRIZIAN
                                            DICKRAN TEVRIZIAN
                                            United States District Judge

1 sets firm trial dates and will not change them without a showing
2 of good cause.  Proposed stipulations extending scheduling dates
3 do not become effective unless and until this Court so orders.
4 Counsel wishing to know whether a stipulation has been signed
5 shall comply with the applicable Local Rule.

6    11. **Communications with Chambers**.  Counsel shall not
7 attempt to contact the Court or its staff by telephone or by any
8 other ex parte means, although counsel may contact the Courtroom
9 Deputy Clerk with appropriate inquiries.  Counsel should list
10 their facsimile transmission numbers along with their telephone
11 numbers on all papers to facilitate communication with the
12 Courtroom Deputy.

13    12. **Order Setting Scheduling Conference**.  Pursuant to
14 Federal Rule of Civil Procedure 16(b), the Court will issue an
15 Order setting a Scheduling Conference as required by Federal Rule
16 of Civil Procedure 26 and the Local Rules of this Court.  Strict
17 compliance with Federal Rules of Civil Procedure 16 and 26 is
18 required.

19    13. **Notice of this Order**.  Counsel for plaintiff or
20 plaintiff (if appearing on his or her own behalf) shall
21 immediately serve this Order on all parties, including any new
22 parties to the action.  If this case came to the Court by a
23 Petition for Removal, the removing defendant(s) shall serve this
24 Order on all other parties.

26 DATED: **FEB 8 2006**          DICKRAN TEVRIZIAN

                                            DICKRAN TEVRIZIAN
27                                  United States District Judge

28