LODGED

CHARLES N. SHEPHARD (SBN 078129)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
cshephard@ggfirm.com

Attorneys for Defendant
James Cameron

**DENIED** without prejudice to file a properly-noticed motion for this subject.

DT 4/6/06

FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIA KOURTIS, CON KOURTIS,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES CAMERON, INTERNATIONAL CREATIVE MANAGEMENT, MARIO KASSAR, JEFFREY BERG, and JOSEPH ROSENBERG,<br><br>Defendants. | Case No. CV 02-02906-DT (RNBx)<br><br>Assigned To: The Honorable<br>Dickran Tevrizian, Jr.<br><br>(PROPOSED) ORDER GRANTING EX PARTE APPLICATION AND DISMISSING JAMES CAMERON AS A DEFENDANT IN THIS ACTION |

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

DOCKETED ON CM
APR - 7 2006
BY ___ 093

1529039.1
12520-00015

GOOD CAUSE APPEARING THEREFOR, the ex parte application of James Cameron, submitted on March 30, 2006, is granted. Because plaintiffs have not filed a costs bond in the amount of $100,000, as required by the Court in its order dated February 13, 2006, James Cameron is hereby dismissed as a defendant in this action.

Dated: _____, 2006

_____
Dickran Tevrizian, Jr.
United States District Judge

SUBMITTED BY:

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA, LLP

By: _____
Charles N. Shephard
Attorneys for Defendant
James Cameron

1529039.1
12520-00015

2

# PROOF OF SERVICE
## CCP §1011, CCP §1013a(3)

SCANNED

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On March 30, 2006, I served the foregoing document described as **(PROPOSED) ORDER GRANTING EX PARTE APPLICATION AND DISMISSING JAMES CAMERON AS A DEFENDANT IN THIS ACTION** on the interested parties in this action

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

### BY MAIL:

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

— As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 30, 2006, at Los Angeles, California.

### BY PERSONAL SERVICE:

☒ I caused such envelopes to be delivered by hand to the offices of the addressee.

Executed on March 30, 2006, at Los Angeles, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Fed)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Eleanor J. Jarvis          _Eleanor J. Jarvis_
                                Signature

1514591.1
12520-00015

3

## Service List

Patricia J. Barry, Esq.
634 So. Spring Street
Suite 823
Los Angeles, California 90014

Marisa G. Westervelt, Esq.
Christensen, Miller, Fink, Jacobs,
 Glaser, Weil & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067

Howard L. Horwitz, Esq.
Oberstein, Kibre & Horwitz LLP
1901 Avenue of the Stars
Suite 1100
Los Angeles, California 90067