CLERK, U.S. DISTRICT COURT

FEB   8 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILA KOURTIS, CON KOURTIS,       )   Case No. CV 02-2906 GPS (RNBx)
                                 )
            Plaintiffs,          )   Assigned for All Purposes to the
                                 )   Honorable George P. Schiavelli
    v.                           )
                                 )   JUDGMENT
JAMES CAMERON, et al.,           )
                                 )
            Defendants.          )
_____  )
                                 )

    In light of this Court's grant of summary judgment for Defendant Mario **Kassar**, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall take nothing and judgment is hereby entered for Defendant on all claims for relief.  Defendant Kassar is entitled to recover his costs.

**IT IS SO ORDERED.**

Dated this 7th day of February, 2008.

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1